FILED 20 FEB '20 11:43 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-cr- 62 - AA |
| v. | INFORMATION |
| STANLEY CARL GREEN, | 18 U.S.C. § 875(c) |
| Defendant. | Forfeiture Allegation |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Transmitting a communication containing a threat to injure)
### (18 U.S.C. § 875(c))

On or about November 28, 2017, in the District of Oregon, defendant **STANLEY CARL GREEN** knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another.

In violation of Title 18, United States Code, Section 875(c).

### FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1 of this Information, defendant **STANLEY CARL GREEN**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid

violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: February 20, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Jeffrey S. Sweet*
JEFFREY S. SWEET
Assistant United States Attorney